ALBANY,
Oct. 1834.

Saltus
v.
Bayard.

possession of the premises, and also the costs of the suit, and awarded a writ of *haben facias possessionem*, which writ was executed. The defendants now moved to vacate the judge's certificate and the judgment entered by the plaintiff, and to set aside the writ of possession ; and also, that the defendant *Hiram* have leave to enter a judgment for costs in his favor ; which motions were granted by the CHIEF JUSTICE, together with the costs of this application.

---

SALTUS & SALTUS *vs.* BAYARD and others.

After a cause has been two years at issue, and twice noticed for trial, the plaintiff will be allowed to amend his declaration by adding a new count upon *the same cause of action,* upon payment only of the costs of the motion, unless the pleas are withdrawn or a new defence becomes necessary in consequence of the amendment.

October 9.

THIS is a suit against Robert Bayard and William Bayard, on a promissory note alleged to have been made by William Bayard, the elder, Robert Bayard and William Bayard, under the name and firm of *Le Roy, Bayard & Co.* Robert Bayard, who was alone brought in on process, put in several pleas, upon which issue was joined in October, 1832. The cause was noticed for trial at the December circuit, 1832, but not tried, and in *August* was again noticed for the last *September* circuit. On the 29th day of September, the plaintiffs' attorney discovered that at the date of the note *William Bayard*, the elder, was not living, and the cause not being tried at the September circuit, he now moved to amend his declaration by adding a count *on the same note,* stating the partnership to have been composed, at the date of the note, of *only* the defendants Robert Bayard and William Bayard. It was insist-

ed for the defendant, that leave to amend should be given only on condition that the plaintiffs pay all the costs which had accrued in the defence, as it was now conceded that unless the declaration was amended, the plaintiffs must fail in their suit. For the plaintiffs, it was urged that such was not the rule; that all that the plaintiffs were bound to pay, were the *costs of the motion*, unless the defendant elected to withdraw his pleas, or a new defence became necessary in consequence of the amendment.

*By the Court*, SAVAGE, Ch. J. The plaintiffs are entitled to amend the declaration, by inserting a count upon the note already declared on, alleging it to have been made by the defendants, *after* the death of William Bayard, the elder, on payment of the costs of the motion, and of the pleas, if they are withdrawn, or a new defence is interposed in consequence of the amendment.